UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
*In re*:

TODD RUFFALO, JR.,

                        Debtor.

-----------------------------------------------------------------------x

TODD RUFFALO, JR.,

                        Appellant,

   - against -

BRIDGE STONE REALTY LLC, *et al.*,

                        Appellees.

-----------------------------------------------------------------------x

**ORDER**

No. 22-CV-9135 (CS)

Seibel, J.

    For the reasons stated on the record this morning, the portion of Bridge Stone's Motion, (ECF Nos. 5, 10-11), for summary affirmance of the Bankruptcy Court's September 28, 2022 Order Granting Bridge Stone Realty LLC's Motion to Dismiss and for Injunctive Relief and Denying Debtor's Motions, (ECF No. 11-28), is GRANTED, and the portion of Bridge Stone's motion seeking a filing injunction pursuant to Federal Rule of Civil Procedure 65 is DENIED. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: December 21, 2022
       White Plains, New York

                                           */s/ Cathy Seibel*
                                           CATHY SEIBEL, U.S.D.J.