**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

TODD RUFFALO, JR.,
                Debtor.
-----------------------------------------------------------X
TODD RUFFALO, JR.,

                Appellant,                    22 **CIVIL** 9135 (CS)

    -against-                              **JUDGMENT**

BRIDGE STONE REALTY LLC, et al.,

                Appellees.
-----------------------------------------------------------X

       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 21, 2022, the portion of Bridge Stone's Motion, (ECF Nos. 5, 10-11), for summary affirmance of the Bankruptcy Court's September 28, 2022 Order Granting Bridge Stone Realty LLCs Motion to Dismiss and for Injunctive Relief and Denying Debtor's Motions, (ECF No. 11-28), is GRANTED, and the portion of Bridge Stone's motion seeking a filing injunction pursuant to Federal Rule of Civil Procedure 65 is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          December 21, 2022

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                            **BY:**    *K. Mango*
                                                        **Deputy Clerk**